## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| Thomas Funderburk and Sharon Funderburk, | ) ) ) | C.A. No. 3:15-cv-04660-JMC |
| Plaintiffs, | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| South Carolina Electric & Gas Company, the County of Lexington, SC, and CSX Transportation, Inc., | ) ) ) ) | |
| Defendants. | ) ) ) | |

  Plaintiff's Thomas and Sharon Funderburk and Defendants South Carolina Electric & Gas Company, CSX Transportation, and the County of Lexington, SC, by and through their undersigned counsel, stipulate and consent to the dismissal with prejudice of all claims against Defendant South Carolina Electric & Gas Company in the above-entitled action pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall pay their own costs and attorney's fees.

*(Signature Block on Next Page)*

1

WE SO STIPULATE:

*s/ William H. Edwards*
William H. Edwards, Esquire
MOORE TAYLOR LAW FIRM
P.O. Box 5709
West Columbia, SC 29169
ATTORNEY FOR PLAINTIFF

*s/ Tracey C. Green*
Mitchell M. Willoughby, Esquire
Tracey C. Green, Esquire
WILLOUGHBY & HOEFER, P.A.
P.O. Box 8416
Columbia, SC 29202
ATTORNEYS FOR DEFENDANT SCE&G

*s/ Evan M. Gessner*
Patrick J. Frawley, Esquire
Evan M. Gessner, Esquire
DAVIS FRAWLEY, LLC
P.O. Box 489
Lexington, SC 29071
ATTORNEYS FOR DEFENDANT LEXINGTON COUNTY

*s/ Caleb M. Riser*
Steven J. Pugh, Esquire
Caleb M. Riser, Esquire
RICHARDSON PLOWDEN & ROBINSON, P.A.
P.O. Drawer 7788
Columbia, SC 29202
ATTORNEYS FOR DEFENDANT SCE&G

*s/ Michael N. Loebl*
Michael N. Loebl, Esquire
Elizabeth A. McLeod, Esquire
FULCHER HAGLER, LLP
P.O. Box 1477
Augusta, GA 30903
ATTORNEYS FOR DEFENDANT CSX TRANSPORTATION

Columbia, South Carolina
May 30, 2019