FILED: March 31, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2220 (L)
(3:15-cv-04660-JMC)

_____

SHARON FUNDERBURK; THOMAS FUNDERBURK

  Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

  Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

  Defendants

_____

No. 19-2278
(3:15-cv-04694-JMC)

_____

JOHN P. CANTWELL

  Plaintiff - Appellant

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

------------------------------

No. 19-2279
(3:15-cv-04695-JMC)

------------------------------

ROBERT SHERR; KRISTI SHERR

   Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

------------------------------

No. 19-2280
(3:15-cv-04877-JMC)

------------------------------

HARRY CROSBY

        Plaintiff - Appellant

v.

CSX TRANSPORTATION, INC.

        Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

        Defendants

------

No. 19-2281
(3:15-cv-04887-JMC)

------

KAREN ANDERSON, as Personal Representative of The Estate of Leonard Anderson; KAREN ANDERSON

        Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

        Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

        Defendants

_____

No. 19-2282
(3:15-cv-04888-JMC)

_____

CAROL BAUSINGER; SCOTT BAUSINGER

   Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

_____

No. 19-2284
(3:15-cv-04892-JMC)

_____

DOROTHY MIRANDA, as Personal Representative of The Estate of Richard Miranda; DOROTHY MIRANDA

   Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

        Defendants

------------------------------

No. 19-2290
(3:15-cv-04893-JMC)

------------------------------

CALVIN NESBIT; JANE NESBIT

        Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

        Defendant - Appellee

and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

        Defendants

------------------------------

No. 19-2291
(3:15-cv-04894-JMC)

------------------------------

HARRY A. PLEXICO, JR.; MARGARET S. PLEXICO

        Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

------

No. 19-2292
(3:15-cv-04897-JMC)

------

FARON WARWICK; DANA WARWICK

   Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

———————————

No. 19-2293
(3:15-cv-04898-JMC)

———————————

JEANNE KNOECHEL WEST; JEANNE KNOECHEL WEST, as Trustee of the Jeanne Knoechel West Revocable Trust Under Agreement Dated May 20, 2013

   Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

———————————

No. 19-2294
(3:15-cv-04920-JMC)

———————————

WARREN BOYESON; CHRISTINE M. BOYESON

   Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

      Defendants

------------------------------

No. 19-2296
(3:15-cv-04922-JMC)

------------------------------

KARL HAGENMEYER; WILLETTE HAGENMEYER

      Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

      Defendant - Appellee

and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

      Defendants

------------------------------

No. 19-2298
(3:16-cv-01141-JMC)

------------------------------

DEMARIO BENJAMIN; KEROCHEDIA AMAKER

      Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

―――――――――――――

No. 19-2299
(3:16-cv-01143-JMC)

―――――――――――――

RICHARD GREEN; TRACEY GREEN

   Plaintiffs - Appellants

v.

CSX TRANSPORTATION, INC.

   Defendant - Appellee

 and

SOUTH CAROLINA ELECTRIC & GAS COMPANY; COUNTY OF LEXINGTON, SC

   Defendants

―――――――――――――

M A N D A T E

―――――――――――――

The judgment of this court, entered February 02, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*