UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sharon Funderburk and Thomas Funderburk, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> The County of Lexington, SC, and CSX Transportation, Inc., ) <br> ) <br> Defendants. ) <br> _____ ) | Case Number 3:15-04660-JMC |

Notice is hereby given that PLAINTIFFS in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the ORDER GRANTING CSX'S MOTION FOR SUMMARY JUDGMENT entered in this action on the 26 day of JULY, 2019 and ORDER DENYING PLAINTIFFS' MOTIONS TO ALTER OR AMEND JUDGMENT entered in this action on the 11 day of OCTOBER, 2019.

                                          s/ S. Jahue Moore (Fed. Id. 3120)
                                          William H. Edwards (Fed. Id. 9304)
                                          (Attorney)
Sharon Funderburk                  1700 Sunset Boulevard
Thomas Funderburk                West Columbia, South Carolina 29169
(Plaintiffs)                                            (Address)